UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Joshua Glasscock _____ vs. Sig Sauer, Inc. _____

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-8006 _____ for the following party(s): (please specify)

Sig Sauer, Inc.

☐ Appellant(s)  ☑ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Colleen Michelle Gulliver  s/: Colleen M. Gulliver

Firm Name: DLA Piper LLP (US)

Business Address: 1251 Avenue of the Americas

City/State/Zip: New York, New York 10020

Telephone Number (Area Code): 212-335-4737

Email Address: colleen.gulliver@us.dlapiper.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/14/2025 _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: