# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

JOSHUA GLASSCOCK, on behalf of himself
and the certified Class
Plaintiff-Respondent,

v.

SIG SAUER, INC.,
Defendant-Petitioner.

On Petition to Appeal from the United States District Court for the
Western District of Missouri
Hon. Douglas Harpool
Civil Action No. 6:22-CV-03095-MDH

## RESPONDENT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE 27 and LOCAL RULE 25A(h)

Michael A. Williams
Matthew L. Dameron
Clinton J. Mann
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110

Todd C. Werts
**LEAR WERTS LLP**
103 Ripley Street
Columbia, Missouri 65201
(573) 875-1991

RECEIVED

AUG 14 2025

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

Appellate Case: 25-8006    Page: 1    Date Filed: 08/14/2025 Entry ID: 5547969

## GROUNDS AND RELIEF SOUGHT

Respondent seeks leave to file under seal his forthcoming Response in Opposition to Sig Sauer's Petition for Permission to Appeal ("Response"). Respondent also seeks leave to file under seal certain exhibits that are part of the District Court's record, but were either redacted prior to filing or filed under seal with the District Court. These exhibits are necessary for this Court's full and complete consideration of Respondent's forthcoming Response.

**Respondent's Response**

The District Court entered a Protective Order [R. Doc. 38]. To comply with the Protective Order, Respondent redacted portions of his Motion for Class Certification and his Reply. *See* Motion [R. Doc. 121 and 166, respectively].

In this Court, Respondent anticipates relying on his Motion for Class Certification and several exhibits filed with that Motion in his forthcoming Response, and discussing his Motion for Class Certification and those exhibits at length. Those exhibits are identified below and include relevant documents that are necessary for this Court's full consideration. Thus, the Response will discuss evidence that Sig Sauer previously marked as confidential to comply with the District Court's Protective Order. Accordingly, Respondent seeks leave to file his forthcoming Response under seal with this Court.

2

**Exhibits to Respondent's Response**

Additionally, Respondent seeks leave to file under seal the following exhibits in support of his Response. Respondent redacted or filed under seal all these exhibits in the District Court. They include:

- Expert Report of Beau A. Biller, R. Doc. 121-4; App. A_001–A_043;
- Expert Report of Benjamin Gatrost, R. Doc. 121-5; App. A_044–A_088;
- Expert Report of Edward Stockton, R. Doc. 121-11; App. A_089–A_146;

**Public Nature of Respondent's Motion**

The Court should make this Motion publicly available. Respondent is seeking leave to file the foregoing documents under seal because of his obligations under the District Court's Protective Order. Thus, the basis for filing these documents under seal is not confidential in nature. Additionally, Respondent's Motion for Class Certification filed with the District Court contains the foregoing titles of the exhibits in an unredacted format; thus, the information contained herein is already publicly available.

**Petitioner Does Not Oppose Respondent's Motion**

Respondent conferred with counsel for Petitioner. Petitioner does not oppose Respondent's Motion to Seal his Response and the supporting exhibits.

WHEREFORE, Respondent requests that the Court allow Respondent to file under seal (1) his forthcoming Response in Opposition to Sig Sauer's Petition for Permission to Appeal, and (2) certain exhibits attached to this Motion.

DATED: August 13, 2025

Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Matthew L. Dameron*
Michael A. Williams     MO Bar No. 47538
Matthew L. Dameron     MO Bar No. 52093
Clinton J. Mann     MO Bar No. 70212
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone:     (816) 945-7110
matt@williamsdirks.com
mwilliams@williamsdirks.com
cmann@williamsdirks.com

Todd C. Werts     MO Bar No. 53288
**LEAR WERTS LLP**
103 Ripley Street
Columbia, Missouri 65201
Telephone: (573) 875-1991
werts@learwerts.com

***Counsel for Plaintiff-Respondent and the Class***

## CERTIFICATE OF COMPLIANCE

The foregoing signatory certifies that this Motion contains 406 words, excluding the portions exempted by Federal Rules of Appellate Procedure 27(d)(2) and 32(f). Additionally, the Motion's type size and typeface comply with Federal Rules of Appellate Procedure 32(a)(5) and (6).

## CERTIFICATE OF SERVICE

The foregoing signatory certifies that on August 13, 2025, counsel mailed the foregoing document by First-Class Mail, postage prepaid, for delivery within 3 calendar days to the following counsel of record:

Colleen Michelle Gulliver
DLA PIPER LLP (US)
27th Floor
1251 Ave. of the Americas
New York, New York 10020

B. Keith Gibson
Robert L. Joyce
Littleton Joyce Ughetta & Kelly LLP
Suite 202
4 Manhattanville Rd.
Purchase, New York 10577

Cara Richelle Rose
Franke Schultz & Mullen, P.C.
1919 E. Battlefield, Suite B
Springfield, Missouri 65804