No. 25-8006

# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

JOSHUA GLASSCOCK, on behalf of himself
and the certified Class
Plaintiff-Respondent,

v.

SIG SAUER, INC.,
Defendant-Petitioner.

On Petition to Appeal from the United States District Court for the
Western District of Missouri
Hon. Douglas Harpool
Civil Action No. 6:22-CV-03095-MDH

## RESPONDENT'S NOTICE CONCERNING MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE 27 and LOCAL RULE 25A(h)

| | |
|---|---|
| Michael A. Williams | Todd C. Werts |
| Mathew L. Dameron | **LEAR WERTS LLP** |
| Clinton J. Mann | 103 Ripley Street |
| **WILLIAMS DIRKS DAMERON LLC** | Columbia, Missouri 65201 |
| 1100 Main Street, Suite 2600 | (573) 875-1991 |
| Kansas City, Missouri 64105 | |
| (816) 945-7110 | |

On August 14, 2025, Respondent filed his Motion for Leave to File Under Seal. In his motion, Respondent stated: "Respondent conferred with counsel for Petitioner. Petitioner does not oppose Respondent's Motion to Seal his Response and the supporting exhibits."

On August 15, 2025, Counsel for Petitioner contacted counsel for Respondent and informed Respondent that it consented to the following:

> Sig Sauer agrees to seal documents that discuss: (1) the FMECA or (2) personally identifiable information, including the names of individuals who reported inadvertent discharge incidents that have not been made public. Therefore, and in accord with Sig Sauer's own motion to seal, documents that discuss such information should be filed publicly in redacted form. The FMECA documents (Dkt. 121-13 and Dkt. 121-14) should be fully sealed.

Sig Sauer conveyed this position to Respondent in an email exchange on August 11 and 12, 2025.

Given that Respondent filed his Motion to comply with the District Court's Protective Order as it related to documents concerning the FMECA—the same documents that Petitioner had originally marked as confidential—Respondent does not view any material difference between its representation to the Court that the motion was unopposed and the distinction Petitioner seeks to clarify.

Regardless, at Petitioner's behest, Respondent agreed to file this notice to the extent Petitioner's position needed clarification.

DATED: August 15, 2025          Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Matthew L. Dameron*
Michael A. Williams        MO Bar No. 47538
Matthew L. Dameron         MO Bar No. 52093
Clinton J. Mann            MO Bar No. 70212
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone:        (816) 945-7110
matt@williamsdirks.com
mwilliams@williamsdirks.com
cmann@williamsdirks.com

Todd C. Werts             MO Bar No. 53288
**LEAR WERTS LLP**
103 Ripley Street
Columbia, Missouri 65201
Telephone:   (573) 875-1991
werts@learwerts.com

*Counsel for Plaintiff-Respondent and the Class*

3

## CERTIFICATE OF COMPLIANCE

The foregoing signatory certifies that this Notice contains 201 words, excluding the portions exempted by Federal Rules of Appellate Procedure 27(d)(2) and 32(f). Additionally, the Motion's type size and typeface comply with Federal Rules of Appellate Procedure 32(a)(5) and (6).

## CERTIFICATE OF SERVICE

The foregoing signatory certifies that on August 15, 2025, counsel electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Counsel certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.