25-8006  Joshua Glasscock v. Sig Sauer, Inc.

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/14/2025

**Case Name:**  Joshua Glasscock v. Sig Sauer, Inc.
**Case Number:**  25-8006

**Docket Text:**
RECORD FILED - SEALED APPENDIX, 1 volumes, Comments: Sealed Appendix of Plaintiff-Respondent Joshua Glasscock in Support of its Opposition to the Rule 23(f) Petition for Permission to Appeal, Volume I of I (A_001-A_146) and one (1) flash drive, Source Location: Clerk's Office
[5548863] [25-8006]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Matthew L. Dameron: matt@williamsdirks.com,
bstrickland@williamsdirks.com,cflores@williamsdirks.com
B. Keith Gibson: keith.gibson@littletonjoyce.com
Colleen Michelle Gulliver: colleen.gulliver@us.dlapiper.com
Robert L. Joyce: robert.joyce@littletonjoyce.com
Clinton J. Mann: cmann@williamsdirks.com
Cara Richelle Rose: crose@fsmlawfirm.com
Todd C. Werts: werts@learwerts.com,
lear@learwerts.com,sowers@learwerts.com,sofia@learwerts.com
Michael Anthony Williams: mwilliams@williamsdirks.com,
bstrickland@williamsdirks.com,cflores@williamsdirks.com