25-8006  Joshua Glasscock v. Sig Sauer, Inc.

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/21/2025

**Case Name:**   Joshua Glasscock v. Sig Sauer, Inc.
**Case Number:**  25-8006

**Docket Text:**
SEALED RESPONSE in opposition to petition for 23(f) appeal [5546677-2] filed by Attorney Matthew L. Dameron for Respondent Joshua Glasscock , w/service 08/21/2025. [5550219] [25-8006]

**The following document(s) are associated with this transaction:**
Document Description:  Cover letter
Document Description:  **SEALED** Respondent Response in Opposition

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Matthew L. Dameron: matt@williamsdirks.com, bstrickland@williamsdirks.com,cflores@williamsdirks.com
B. Keith Gibson: keith.gibson@littletonjoyce.com
Colleen Michelle Gulliver: colleen.gulliver@us.dlapiper.com, docketingnewyork@us.dlapiper.com
Robert L. Joyce: robert.joyce@littletonjoyce.com
Clinton J. Mann: cmann@williamsdirks.com
Cara Richelle Rose: crose@fsmlawfirm.com
Todd C. Werts: werts@learwerts.com, lear@learwerts.com,sowers@learwerts.com,sofia@learwerts.com
Michael Anthony Williams: mwilliams@williamsdirks.com, bstrickland@williamsdirks.com,cflores@williamsdirks.com