No. 25-8006

# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

JOSHUA GLASSCOCK, on behalf of himself and all others similarly situated,

*Plaintiff-Respondent,*

v.

SIG SAUER, INC.,

*Defendant-Petitioner.*

On Petition for Permission to Appeal from the United States District Court for the Western District of Missouri (Southern Division) Case No. 6:22-cv-03095-MDH | Hon. M. Douglas Harpool

## DEFENDANT-PETITIONER SIG SAUER, INC.'S OPPOSITION TO PLAINTIFF-RESPONDENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

| | | |
|---|---|---|
| Colleen Michelle Gulliver<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>212-335-4500 | Cara Rose<br>**FRANKE SCHULTZ & MULLEN, P.C.**<br>1919 E. Battlefield, Suite B<br>Springfield, MO 65804<br>417-863-0040 | Robert L. Joyce<br>B. Keith Gibson<br>**LITTLETON JOYCE UGHETTA & KELLY LLP**<br>4 Manhattanville Road, Suite 202<br>Purchase, NY 10577<br>914-417-3400 |

*Attorneys for Defendant-Petitioner Sig Sauer, Inc.*

August 25, 2025

On August 14, 2025, Plaintiff-Respondent Joshua Glasscock ("Plaintiff") sought leave to file under seal his Response in Opposition to Sig Sauer's Petition for Permission to Appeal, as well as certain exhibits ("Plaintiff's Motion to Seal"). Courts in this Circuit consider whether "less restrictive alternatives" to sealing are available. *GLG Farms LLC v. Brandt Agric. Products Ltd.*, 2016 WL 11801193, at *1 (D.N.D. Aug. 24, 2016) (citing *In re Search Warrant for Secretarial Area Outside Office of Gunn*, 855 F.2d 569, 574 (8th Cir. 1988)).

Defendant-Petitioner Sig Sauer, Inc. ("Sig Sauer") opposes Plaintiff's sealing of any materials that have not been designated confidential by Sig Sauer in the District Court action. *See Glasscock v. Sig Sauer*, No. 6:22-cv-03095-MDH, Dkt. 181, July 17, 2025. Since Plaintiff's Motion to Seal is overbroad, Plaintiff should submit redacted filings.

Specifically, and as detailed in Sig Sauer's Motion to Seal dated August 11, 2025 ("Sig Sauer's Motion to Seal"), the only pleadings that should be sealed in their entirety are the two Failure Modes, Effects, and

1

Criticality Analysis ("FMECA") Documents.[1] Pleadings that should be redacted include (1) those that quote or refer to the FMECA Documents or (2) contain personally identifiable information regarding individuals who reported inadvertent discharge incidents that have not been made public, *i.e.*, the two grounds upon which documents are being maintained confidentially in the District Court.

Here, Plaintiff filed his Rule 23(f) Response and certain exhibits under seal. These documents are not entirely confidential, and it is appropriate to redact the references to confidential information in these documents.

For these reasons, Sig Sauer respectfully asks that the Court deny in part Plaintiff's Motion to Seal, requiring Plaintiff to:

(1) Maintain the FMECA Documents under seal,

(2) Re-submit redacted versions of his Response and exhibits previously filed under seal in this Court, and

---

[1] The FMECA consists of a memorandum (Dkt. 128-14 ("FMECA Memorandum")) and a spreadsheet (Dkt. 128-13 ("FMECA Spreadsheet")) (collectively the "FMECA" or "FMECA Documents").

(3) Otherwise unseal the portions of his appellate filings that Sig Sauer has de-designated as confidential in its Notice of Filing in the District Court (Dkt. 188).

Dated: August 25, 2025

*/s/ Colleen Michelle Gulliver*
Colleen Michelle Gulliver
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-335-4500
colleen.gulliver@us.dlapiper.com

Cara Rose
**FRANKE SCHULTZ & MULLEN, P.C.**
1919 E. Battlefield, Suite B
Springfield, Missouri 65804
Tel: 417-863-0040
crose@fsmlawfirm.com

Robert L. Joyce
B. Keith Gibson
**LITTLETON JOYCE UGHETTA & KELLY LLP**
4 Manhattanville Road, Suite 202
Purchase, New York 10577
Tel: 914-417-3400
robert.joyce@littletonjoyce.com
keith.gibson@littletonjoyce.com

*Counsel for Defendant-Petitioner Sig Sauer, Inc.*

3

# CERTIFICATION OF COMPLIANCE

I, Colleen Michelle Gulliver, certify:

***Word Count.*** This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 350 words, excluding any accompanying documents authorized by Rule 27(a)(2)(B).

***Typeface.*** In accordance with Federal Rule of Appellate Procedure 27(d)(1)(E), the motion complies with the typeface and typestyle requirements of Federal Rules 32(a)(5)(A) and (6) because it has been prepared using Microsoft Word in 14-point, Century Schoolbook font.


Dated: August 25, 2025                */s/ Colleen Michelle Gulliver*
　　　　　　　　　　　　　　　　　　Colleen Michelle Gulliver

　　　　　　　　　　　　　　　　　　*Counsel for Defendant-Petitioner*
　　　　　　　　　　　　　　　　　　*Sig Sauer, Inc.*

# CERTIFICATE OF SERVICE

I certify that on August 25, 2025, I filed this opposition with the Clerk of Court for the U.S. Court of Appeals for the Eighth Circuit in electronic format via CM/ECF pursuant to Eighth Circuit Rule 25A(b). I further certify that I served the opposition on August 25, 2025, via next-day delivery and email, on the following counsel for Plaintiff-Respondent:

Michael A. Williams
Matthew L. Dameron
Clinton J. Mann
**Williams Dirks Dameron LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
816-945-7110
mwilliams@williamsdirks.com
matt@williamsdirks.com
cmann@willliamsdirks.com

Todd C. Werts
**Lear Werts LLP**
103 Ripley Street
Columbia, Missouri 65201
573-875-1991
werts@learwerts.com

*Counsel for Plaintiff Joshua Glasscock and the Certified Class*

Dated: August 25, 2025           */s/ Colleen Michelle Gulliver*
                                 Colleen Michelle Gulliver

                                 *Counsel for Defendant-Petitioner Sig Sauer, Inc.*

5