No. 25-8006

# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

JOSHUA GLASSCOCK, on behalf of himself
and the certified Class
Plaintiff-Respondent,

v.

SIG SAUER, INC.,
Defendant-Petitioner.

On Petition to Appeal from the United States District Court for the
Western District of Missouri
Hon. M. Douglas Harpool
Civil Action No. 6:22-CV-03095-MDH

# RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF RULE 23(f) PETITION

Michael A. Williams
Matthew L. Dameron
Clinton J. Mann
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110

Todd C. Werts
**LEAR WERTS LLP**
103 Ripley Street
Columbia, Missouri 65201
(573) 875-1991

Pending before the Court is Sig Sauer's Motion for Leave to File Reply. Sig Sauer concedes that the Federal Rules of Appellate Procedure do not authorize a reply brief for a petition to appeal under Rule 23(f). Motion at 1. Thus, Sig Sauer is seeking extraordinary relief—relief that this Court should deny for two reasons:

**First**, Sig Sauer's proposed reply is overbroad. Sig Sauer claims that its proposed reply will "clarif[y] the issues." Motion at 2. Instead, though, the proposed reply addresses every single element of class certification under Rule 23. Thus, the proposed reply is neither narrowly tailored nor discrete in any way; it does not clarify a narrow point about the factual record or seek to discuss a narrow point of law. Rather, it is a wholesale, full-throated argument against class certification—the precise sort of rehashing of arguments that courts seek to avoid when they disallow reply briefs.

**Second**, Sig Sauer's proposed reply cites over a dozen cases that it failed to cite in its Petition, even though many of the same cases were cited in the underlying briefing or the District Court's certification order.[1] This is classic litigation by

---

[1] *See, e.g., ABF Freight Systems, Inc. v. Int'l Brotherhood of Teamsters*, 645 F.3d 954 (8th Cir. 2011) (cited in Sig Sauer's proposed reply, but not its Petition); *Blades v. Monsanto Co.*, 400 F.3d 562 (8th Cir. 2005) (same); *Custom Hair Designs by Sandy v. Cent. Payment Co.*, 984 F.3d 595 (8th Cir. 2020) (same); *Donaca v. Dish Network, LLC*, 303 F.R.D. 390 (D. Colo. 2014) (same); *Ebert v. Gen. Mills, Inc.*, 823 F.3d 472 (8th Cir. 2016) (same); *Equipment Mfrs. Inst. v. Janklow*, 300 F.3d 842 (8th Cir. 2002) (same); *Hawkins v. Nestle U.S.A., Inc.*, 309 F. Supp. 3d 696 (E.D. Mo. 2018) (same); *May v. Makita U.S.A., Inc.*, 2023 WL 3619354 (E.D. Mo. May 24, 2023) (same); *Red River Freethinkers v. City of Fargo*, 679 F.3d 1015 (8th Cir. 2012)

ambush: Sig Sauer holding back its arguments for its proposed reply, thereby denying Respondent an opportunity to respond.

Accordingly, the Court should deny Sig Sauer's Motion for Leave to File Reply. Alternatively, if the Court permits Sig Sauer leave to submit a reply, then the Court should authorize Respondent to submit a sur-reply in support of his position.

---

(same); *Smith v. ConocoPhillips Pipe Line Co.*, 801 F.3d 921 (8th Cir. 2015) (same); *Sprafka v. Med. Device Bus. Servs., Inc.*, 139 F.4th 656 (8th Cir. 2025); *Tuter v. Freud America, Inc.*, 2022 WL 4636225 (W.D. Mo. Sept. 30, 2022) (same); *In re Zetia (Ezetimibe) Antitrust Litig.*, 2022 WL 3337794 (E.D. Va. Feb. 9, 2022) (same).

DATED: August 28, 2025	Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Matthew L. Dameron*
Michael A. Williams	MO Bar No. 47538
Matthew L. Dameron	MO Bar No. 52093
Clinton J. Mann	MO Bar No. 70212
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone:	(816) 945-7110
matt@williamsdirks.com
mwilliams@williamsdirks.com
cmann@williamsdirks.com

Todd C. Werts	MO Bar No. 53288
**LEAR WERTS LLP**
103 Ripley Street
Columbia, Missouri 65201
Telephone: (573) 875-1991
werts@learwerts.com

*Counsel for Plaintiff-Respondent and the Class*

3

# CERTIFICATE OF COMPLIANCE

The undersigned certifies that this document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 439 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using the latest version of Microsoft Word in 14 point font size and Times New Roman type style.

*/s/ Matthew L. Dameron*
Counsel for Plaintiff-Respondent
and the Class

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Matthew L. Dameron*
