# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-8006
_____

Joshua Glasscock, on behalf of himself and all others similarly situated,

Respondent

v.

Sig Sauer, Inc.

Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03095-MDH)
_____

**JUDGMENT**

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

Judgment is entered in accordance with the court's order dated September 2, 2025, granting petitioners' petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f). The new case is docketed under appeal No. 25-2707. Mandate shall issue forthwith.

September 02, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Susan E. Bindler