# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-8006

Joshua Glasscock, on behalf of himself and all others similarly situated,

Respondent

v.

Sig Sauer, Inc.

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03095-MDH)

---

**MANDATE**

In accordance with the judgment of September 2, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 02, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit